IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  5:22-cr-00519 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | ORDER ADOPTING REPORT AND |
| | ) | RECOMMENDATION |
| DERRIC BLANCHARD, | ) | |
| | ) | |
| Defendant. | ) | |

The Court referred a pretrial release status report, accusing Defendant Derric Blachard of violating his pretrial release conditions, to United States Magistrate Thomas M. Parker, for consideration pursuant to applicable laws and orders of this Court. The Court has received and considered the Magistrate Judge's Report and Recommendation (R&R) filed pursuant to such order, along with the record and all available evidence.

The R&R recommended finding that Mr. Blanchard has violated the conditions of pretrial release as alleged in the pertinent release status report and that such pretrial release be revoked. Neither party has filed any objections to the R&R, and the Court may act on the R&R.

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the R&R is ADOPTED. The Court finds that Defendant has violated the conditions of his pretrial release, and that such violations demonstrate that no condition or combination of conditions of pretrial release would reasonably assure the safety of any other person or the community.

It is therefore ORDERED that Derric Blanchard's pretrial release is REVOKED pending further proceedings.

IT IS SO ORDERED.


Date: September 5, 2023                                    /s/*David A. Ruiz*
                                                          David A. Ruiz
                                                          United States District Judge